UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Criminal No. 15-20661
                                              Hon. Matthew F. Leitman

v.

KEITH MOORE,

       Defendant.

_____/

## ORDER GRANTING RESTITUTION

This matter having come before the Court on the stipulation of the parties, a restitution award will be included in defendant's judgment as follows:

- $126,604 dollars to a guardian of MV-1, whose name and address have been provided to the Clerk's Office;

- $126,604 dollars to a guardian of MV-2, whose name and address have been provided to the Clerk's Office.

- $3,000 for the victim Violet payable to Carol L. Hepburn in trust for "Violet" at 200 First Avenue West, Suite 550, Seattle, WA 98119;

- $3,000 for the victim Andy payable to Marsh Law Firm PLLC in trust for "Andy" at 548 Market Street, #65135, San Francisco, CA 94104;

- $3,000 for the victim Cindy payable to Cusack, Gilfillan & O'Day, LLC for "Cindy" at 415 Hamilton Boulevard, Peoria, IL 61602;

- $3,000 for the victim in the Cinder Block Blue series payable to Marsh Law Firm PLLC in trust for "Jane" at PO Box 4668 #65135, New York, New York, 10163;

- $15,000 to be divided evenly amongst the victims in the 8Kids series payable to "The Law Officer of Erik Bauer in trust for the 8 Kids Series" at 215 Tacoma Avenue South, Tacoma, WA 98402.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 21, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113